UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------

UNITED STATES OF AMERICA

    -v.-

WALID MAKLED-GARCIA,
   a/k/a "El Turco,"
   a/k/a "El Arabe,"

                  Defendant.

S1 09 Cr. 614

AFFIDAVIT IN
SUPPORT OF
REQUEST FOR
EXTRADITION

------------------------------------

STATE OF NEW YORK        )
COUNTY OF NEW YORK       )
SOUTHERN DISTRICT OF NEW YORK  )

    I, GREGORY BALL, being duly sworn, depose, and state:

## I. INTRODUCTION

    1.   I am a citizen of the United States, working in Chantilly, Virginia.

    2.   I am a Special Agent with the United States Drug Enforcement Administration ("DEA") Special Operations Division, in Chantilly, Virginia. I have been a Special Agent with the DEA for approximately eleven years, and have been assigned to the Special Operations Division for approximately three years.

    3.   The DEA is one of the agencies within the United States government responsible for the enforcement of federal narcotics laws. As a Special Agent with the DEA, I have personally conducted and participated in numerous investigations that have resulted in the arrests and convictions of people

- 1 -

responsible for trafficking in narcotics.

4. Based on my training and experience as a Special Agent with the DEA, I am familiar with the means and methods that narcotics traffickers use to import illicit drugs, and I am familiar with the support and assistance that narcotics organizations require to conduct their illegal activities. I have also become knowledgeable about the criminal statutes of the United States, and the federal narcotics statutes in particular.

5. My duties have included conducting an investigation of WALID MAKLED-GARCIA, a/k/a "El Turco," a/k/a "El Arabe," (also referred to as the "defendant"), who is charged with narcotics offenses in superseding indictment S1 09 Cr. 614. As one of the lead investigators, I am familiar with the evidence in the case.

## II. Evidence

6. From approximately 2006 through August 2010, WALID MAKLED-GARCIA operated and controlled several airstrips located in Venezuela. These airstrips were used by different drug trafficking organizations in order to fly airplanes loaded with multi-thousand kilogram quantities of cocaine out of Venezuela, to locations in Central America. Thereafter, portions of those cocaine shipments were imported into the United States. The evidence obtained in this investigation confirms that WALID MAKLED-GARCIA coordinated the departure of these cocaine

shipments from the airstrips he controlled, and provided logistical and other support, knowing that the cocaine shipments he was facilitating were ultimately destined, at least in part, for importation into the United States. The evidence in this case consists of photographs, lawfully obtained telephone interceptions, testimony from confidential sources and other witnesses, seized narcotics and other sources of information.

      7.    The investigation in this case determined that:

      a.    On April 10, 2006, a DC-9 aircraft carrying approximately 5,600 kilograms of cocaine traveled from the Simon Bolivar International Airport in Venezuela to the Ciudad del Carmen international airport located in Campeche, Mexico. The plane had been destined to land in Toluca, Mexico, but landed in Campeche because of technical difficulties. The DC-9 aircraft attracted attention at the international airport in Campeche because of the fact that it was an unplanned landing for mechanical difficulties. Authorities at the airport approached the DC-9 with a K-9 trained drug detection dog and the dog alerted upon approaching the plane. Airport authorities in Mexico then searched the plane and found 128 identical suitcases inside the passenger compartment. These suitcases contained in excess of 5,600 kilograms of cocaine.

      b.    [REDACTED]

███████████████████████; ███████████████████████
████████████████ ███████████████████; █████████████
███████████; █████████████████████████████████████
███████████████

c.  According to two confidential sources (hereinafter, "CS-1" and "CS-2"), defendant WALID MAKLED-GARCIA coordinated the safe exit of the DC-9 referenced in paragraphs (a) and (b) above from the Simon Bolivar International Airport in Venezuela. CS-1 and CS-2 have provided reliable information to the DEA that has been independently corroborated.

d.  I have recently spoken with CS-1. Based on my conversations with CS-1 and another DEA Special Agent who has debriefed CS-1 in the past, I learned that CS-1 has known WALID MAKLED-GARCIA for several years, and has met with him face-to-face on at least one occasion. As a result of his/her conversations and meetings with WALID MAKLED-GARCIA, CS-1 understands that WALID MAKLED-GARCIA makes payments to the Venezuelan police and national guard so that aircraft loaded with cocaine can depart from airports and air strips located in Venezuela safely and without law enforcement interdiction or intervention. CS-1 has been present for discussions with WALID MAKLED-GARCIA during which WALID MAKLED-GARCIA made statements evidencing his knowledge that significant portions of the cocaine shipments he was responsible for overseeing were ultimately

destined for import into the United States. For example, on one occasion, in the presence of CS-1, WALID MAKLED-GARCIA said "if gringos want the poison, keep sending it their way." According to CS-1, he/she believes that the "poison" that WALID MAKLED-GARCIA referred to is narcotics and the "gringos" are Americans. In addition, CS-1 picked up cash in Venezuela that was intended to pay Venezuelan officials on behalf of WALID MAKLED-GARCIA. According to CS-1, WALID MAKLED-GARCIA charged narcotics traffickers a fee of one-half of the proceeds of the drug sales for drugs that flew out on planes from Venezuela as a result of WALID MAKLED-GARCIA's work clearing the flights with Venezuelan officials. CS-1 knew WALID MAKLED-GARCIA as "El Turko."

　　　　　e.　In addition to these in-person interactions with WALID MAKLED-GARCIA, CS-1 has also met and spoken with



　　　　　f.　CS-2 knew WALID MAKLED-GARCIA to be responsible for paying law-enforcement officials in Venezuela so that planes carrying drug loads could leave Venezuela. CS-2 has met in person with WALID MAKLED-GARCIA on a number of occasions.

During one such instance, CS-2 was present at an airstrip in Venezuela with WALID MAKLED-GARCIA when planes returned from Mexico ████████████████████████ filled with United States currency.

      g.    In addition to these in-person interactions with WALID MAKLED-GARCIA, CS-2, like CS-1, has met and spoken with ████████████████ ████████████████████ ████████████████████████████████ ████████ ████████ According to CS-2, ████████████ told CS-2 that WALID MAKLED-GARCIA was responsible for making sure that the plane could leave Venezuela with the cocaine load.

      h.    On May 10, 2009, a plane traveling from Venezuela to Honduras crashed in Honduras. I have spoken with a Honduran law-enforcement official ("Honduran Official-1") ████ ████████████████████████████████████████████ Based on my conversations with Honduran Official-1, I learned that the plane was found to contain approximately 1500 kilograms of cocaine wrapped in burlap-like sacks. There were three people on the plane when it crashed. The pilot of the plane and one of the passengers were subsequently arrested and the cocaine was seized. The other passenger did not survive the crash. ████ ████████████████████████ ████ ████████ ████████████████████████ █ ████████████████ ████ ████████████████████████████████████████



      i. In August 2010, a Colombian judge authorized the interception of a cellular telephone believed to be used by WALID MAKLED-GARCIA. I have reviewed reports regarding the telephone calls lawfully overheard over the judicially authorized Colombian interception. On at least one call, the caller, believed to be WALID MAKLED-GARCIA refers to himself as the "Arab" whose name starts with a "W." Based on my training, experience, and involvement in this investigation, I believe that this call represents a self-identification by WALID MAKLED-GARCIA, whose first name is "Walid," is believed to be from the Middle East. On a number of lawfully intercepted conversations, WALID MAKLED-GARCIA talks in coded language (he uses terms like "las cosas" and "las cositas", or "the things" and "the little things") that, based on my training and experience, I believe to be references to narcotics. In one particular intercepted call,

WALID MAKLED-GARCIA appears to be coordinating a $200,000 payment "in order to get it out of the way so more work can be done." Based on my training, experience, and involvement in this investigation, I believe that in this call WALID MAKLED-GARCIA is coordinating a pay-off to a Venezuelan official to facilitate additional flights from Venezuela carrying narcotics loads. Finally, during another intercepted call, WALID MAKLED-GARCIA is heard saying that some people "receiv[ed] a sample that they were very impressed by." Based on my training, experience, and involvement in this investigation, I believe that WALID MAKLED-GARCIA was referring to a sample of narcotics, with which the quality the customers were satisfied.

## IV. Identification

8. WALID MAKLED-GARCIA, a/k/a "El Turco," a/k/a "El Arabe," is a citizen of Venezuela, born ███ ███. He is believed to have been born in Syria. WALID MAKLED-GARCIA holds Venezuelan cedula number ███████. A photograph of WALID MAKLED-GARCIA is attached as Exhibit 1. CS-1 has been shown Exhibit 1 and identified it as the person he knew as "El Turko," the person whose criminal conduct is described in this affidavit and who has been charged in superseding indictment S1 09 Cr. 614 as WALID MAKLED-GARCIA, a/k/a "El Turco," a/k/a "El Arabe." Law enforcement officers in Colombia have confirmed that the person

in **Exhibit 1** is WALID MAKLED-GARCIA, a/k/a "El Turco," a/k/a "El Arabe," the person who was recently arrested in Colombia on the provisional arrest warrant issued in this matter and the holder of Venezuelan cedula number ███████.

```
                                    _____
                                    GREGORY BALL
                                    SPECIAL AGENT
                                    DRUG ENFORCEMENT ADMINISTRATION
```

SWORN AND SUBSCRIBED BEFORE
ME THIS 30th DAY OF SEPTEMBER, 2010

```
_____
HON. HENRY B. PITMAN
UNITED STATES MAGISTRATE JUDGE
```