# LATHAM&WATKINS LLP

53rd at Third
885 Third Avenue
New York, New York 10022-4834
Tel: +1.212.906.1200  Fax: +1.212.751.4864
www.lw.com

FIRM / AFFILIATE OFFICES

| | |
|---|---|
| Abu Dhabi | Milan |
| Barcelona | Moscow |
| Beijing | Munich |
| Boston | New Jersey |
| Brussels | New York |
| Century City | Orange County |
| Chicago | Paris |
| Doha | Riyadh |
| Dubai | Rome |
| Düsseldorf | San Diego |
| Frankfurt | San Francisco |
| Hamburg | Shanghai |
| Hong Kong | Silicon Valley |
| Houston | Singapore |
| London | Tokyo |
| Los Angeles | Washington, D.C. |
| Madrid | |

February 10, 2015

[RECEIVED FEB 11 2015 JUDGE SWEET CHAMBERS]

**VIA HAND DELIVERY**

The Honorable Robert W. Sweet
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

Re: United States v. Walid Makled-Garcia 09-cr-614 (RWS)

Dear Judge Sweet:

I had previously appeared and represented the United States in the above-referenced matter while serving as an Assistant United States Attorney for the Southern District of New York, but have since joined Latham & Watkins LLP. The docket sheet reflects that other Assistant United States Attorneys have entered appearances on behalf of the United States. Because the United States continues to be represented by counsel, my withdrawal will have no material effect on the schedule in this matter, nor will it cause prejudice to any party. In light of the foregoing, I respectfully request that that the Court relieve the undersigned as counsel for the United States and that the official court docket be amended to reflect this change, such that I am removed from ECF notifications for this matter.

Thank you for your attention to this request.

Respectfully submitted,

Benjamin Naftalis

cc: All Counsel of Record

SO ORDERED.

_____
HON. ROBERT W. SWEET
UNITED STATES DISTRICT JUDGE
2-11-15

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/11/15